UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NORMA DIAZ,**

    Plaintiff,

v.                        Case No.:  8:16-cv-02928-SCB-JSS

**STAPLES THE OFFICE SUPERSTORE, LLC,**
**d/b/a/ STAPLES, INC.**

    **Defendant.**
_____/

## NOTICE OF SETTLEMENT

    Plaintiff notifies the Court that Plaintiff and Defendant have reached an agreement to fully resolve this case.

    Dated this 7th day of November, 2016.

                      Respectfully submitted,

                      */s/ Brandon J. Hill*
                      **BRANDON J. HILL**
                      Florida Bar Number: 37061
                      Direct No.: 813-337-7992
                      **WENZEL FENTON CABASSA, P.A.**
                      1110 North Florida Ave., Suite 300
                      Tampa, Florida 33602
                      Main No.: 813-224-0431
                      Facsimile: 813-229-8712
                      Email: bhill@wfclaw.com
                      Email: jriley@wfclaw.com
                      **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of November, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*/s/ Brandon J. Hill*
**BRANDON J. HILL**